IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES J. ANNIS,

     Appellant,

v.

STATE OF FLORIDA; GULF
COUNTY DETENTION
FACILITY,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-584

Opinion filed August 4, 2017.

An appeal from the Circuit Court for Gulf County.
John L. Fishel, II, Judge.

James J. Annis, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.